FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:09CR30-CAS |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| | ) | U.S.C. § 3143(a)) |
| Deandre Miles | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- ALLEGATION OF ABSCONDING
- SUBMISSION

1

1  and/or
2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c).  This finding is based on the following:
6  _____
7  _____
8  _____
9  _____
10
11
12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.
14
15 Dated: 10/28/14
16                                   HONORABLE DAVID T. BRISTOW
                                     United States Magistrate Judge

2