O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-30-CAS |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| DEANDRE MILES, | ) | SUPERVISED RELEASE AND |
| Defendant. | ) | JUDGMENT |
| _____ | ) | |

On November 5, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on July 31, 2014.  Government counsel, Ellen Lansden, the defendant and his appointed Deputy Federal Public Defender attorney, Yasmin Cader, were present.  The U.S. Probation Officer, Rosa Huertas, was also present.

The defendant admitted  to the allegations, in violation of his supervised release, as stated in the Petition filed on July 31, 2014.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on September 21, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, that defendant's supervised release is hereby revoked and reinstated for a term of thirty-four (34) months, under the same terms and conditions previously imposed, with the added conditions, as follows:

- Defendant shall remain in the custody of the Bureau of Prisons, not to exceed sixty (60) days, until an appropriate Residential Re-entry Center (RRC) becomes available. Upon the availability of an RRC, defendant shall be released to the custody of the U.S. Probation Officer, between thirty (30) to sixty (60) days, to be relocated to the RRC. Defendant shall reside at the RRC for a period not to exceed six (6) months, with the understanding that defendant shall be released from the RRC as early as possible, if appropriate.  Defendant shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer;
- Subsistence is waived, as the Court finds that defendant does not have the ability to pay for the cost of the RRC; and
- Upon release from the RRC, defendant shall reside in San Juciento, California, at the residence of Rameesha Washington, and be supervised by a Probation Officer Specialist in that area.

FILE/DATED:      November 5, 2014   _____

                                        CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE

                                        TERRY NAFISI, CLERK


                                        By: ___/S/_____
                                            Catherine M. Jeang,  Deputy Clerk