O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-30-CAS |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| | ) | SUPERVISED RELEASE AND |
| DEANDRE MILES, | ) | JUDGMENT |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On February 11, 2015, April 23, 2015, and October 26, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 10, 2015. Government counsel, Jennifer Williams, the defendant, and his appointed DFPD attorney, Yasmin Cader, were present. The U.S. Probation Officer, Jana Rivers, was also present.

The defendant admits to the allegation, in violation of his supervised release, as stated in the Petition filed on February 10, 2015. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on September 23, 2009 and November 5, 2014.

///

///

///

1    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant is to

2  remain on supervised release under the same terms and conditions previously imposed,

3  removing the term and condition regarding Residential Re-entry Program.

4

5  FILE/DATED: October 27, 2015

6  _____
   CHRISTINA A. SNYDER
7  UNITED STATES DISTRICT JUDGE

8  KIRY GRAY, CLERK

9

10 By:___/S/_____
   Connie Lee,  Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2